JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. GLAIR, <br>     Plaintiff, <br>   v. <br> A. GUTIERREZ, <br>     Defendant. | Case No. LA CV 17-2886 DDP (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Report and Recommendation of United States Magistrate Judge to Dismiss Civil Rights Action With Prejudice and the Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED: 11-20-18

                            HON. DEAN D. PREGERSON
                           UNITED STATES DISTRICT JUDGE